UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THERESA LARA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RAMIRO RIOS,<br><br>　　　　　Defendant. | CASE NO. C22-1395-KKE<br><br>ORDER TO SHOW CAUSE |

This matter came before the Court sua sponte. Plaintiff submitted an *in forma pauperis* application on September 29, 2022. Dkt. No. 1. On October 3, 2022, the Clerk's office sent Plaintiff a letter stating that her complaint was missing the second page. Dkt. No. 2. The Court set a November 4, 2022, deadline for Plaintiff to correct the missing page of the Complaint. *Id*. To date, Plaintiff has not complied with these instructions. Accordingly, the Court hereby ORDERS Plaintiff to cure the deficiency discussed above by no later than October 13, 2023. The Court will dismiss this action without prejudice absent a timely response from Plaintiff.

Dated this 26th day of September, 2023.

　　　　　　　　　　　　　　　　　　　*/s/ Kymberly K. Evanson*
　　　　　　　　　　　　　　　　　　　Kymberly K. Evanson
　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER TO SHOW CAUSE - 1