UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THERESA LARA, | CASE NO. C22-1395-KKE |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| RAMIRO RIOS, | |
| Defendant. | |

Plaintiff filed this matter on September 29, 2022. Dkt. No. 1. On October 3, 2022, the Court informed Plaintiff that a page of her complaint was missing. Dkt. No. 2. Plaintiff had until November 4, 2022, to cure this deficiency. *Id.* On September 26, 2023, after receiving no response from Plaintiff, the Court ordered Plaintiff to cure the filing deficiency by October 13, 2023. Dkt. No. 4. Plaintiff did not respond.

Accordingly, the Court DISMISSES this matter without prejudice for failure to prosecute.

Dated this 19th day of October, 2023.

Kymberly K. Evanson
United States District Judge

ORDER OF DISMISSAL - 1